IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Cynthia Ann Thomas,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>Nancy A. Berryhill[1], Acting Commissioner<br>of Social Security,<br>　　　　　　　Defendant. | Civil Action No. 4:16-cv-230-CMC<br><br>**ORDER** |

On March 9, 2017, Plaintiff's attorney filed a petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 35. The petition seeks an award of $4,417.88, representing 23.1 attorney hours at the rate of $191.25 per hour, and $16.00 in expenses. *Id.* On March 23, 2017, the parties filed a Stipulation for Attorney's Fees under the EAJA. ECF No. 36.

The court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, Plaintiff should be awarded compensation for all legal services rendered in the amount of $4,100 in attorney's fees and $16.00 in expenses. Accordingly, pursuant to the parties' stipulation,

**IT IS ORDERED** that Plaintiff shall be awarded Four Thousand One Hundred dollars and Zero cents ($4,100.00) in attorney's fees under the EAJA, and Sixteen dollars and Zero cents ($16.00) in expenses.

---

[1] Ms. Berryhill is now the Acting Commissioner of Social Security and will be substituted for Carolyn W. Colvin as the defendant in this suit, pursuant to 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

These fees are to be made payable to Cynthia Ann Thomas and delivered by Defendant to the business address of Plaintiff's counsel.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
Senior United States District Judge

Columbia, South Carolina  
March 29, 2017

2